UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ALDOFO PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK GARLAND, et al.,<br><br>　　　　Defendant. | Case No. 24-cv-06525-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 13 |

The Court has reviewed Judge Sallie Kim's Report and Recommendation Re: Complaint Filed by Gustavo Aldofo Perez and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 24, 2025

VINCE CHHABRIA
United States District Judge